## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:   Prince Lee ALLEN

I, Tomas Carrillo Jr., declare and state as follows:

1.      On August 20, 2019, a Border Patrol Agent (BPA), was working his assigned duties at the United States Border Patrol Checkpoint located at approximately the 29 mile-marker of IH-35 north of Laredo, Texas (C-29). At approximately 12:40 a.m. a black 2016 Kenworth Tractor, approached the primary commercial vehicle inspection lane. The tractor was being driven by Prince Lee ALLEN. During the course of the immigration inspection the BPA requested consent from ALLEN to scan the tractor he was driving with the "X-Ray Truck" (Vehicle and Cargo Inspection System). ALLEN granted consent by saying "Yes" and was directed to the scanning area.

2.      ALLEN drove the tractor through the scan and initially was cleared by agents and allowed to proceed through the checkpoint. BPA's further reviewed the image closely and detected several anomalies inside the sleeper area of the tractor consistent with shapes of concealed people. A BPA advised over the Service radio that the tractor appeared to be concealing subjects inside the sleeper. BPA's left C-29 secondary in a marked service vehicle to stop the tractor. BPA's performed a vehicle stop at approximately the 31-mile marker of IH-35. A BPA approached the tractor and ordered ALLEN to exit the tractor. BPA detained ALLEN by placing him inside his service vehicle. Another BPA boarded the tractor to identify the source of the anomalies. Inside the sleeper area of the cab, the BPA discovered three subjects concealed in the storage area under the bottom bunk, two subjects seated on the top bunk and one subject was hidden in the bottom cabinet on the driver's side. An immigration inspection on these subjects revealed that they are natives and citizens of Mexico with no legal right to be or remain in the United States legally. All subjects were placed under arrest and escorted to C-29 for further investigation.

3.      Prince Lee ALLEN is being held as a principal.

4.      Prince Lee ALLEN was issued form 214 (Warning of Rights) to give a statement without legal counsel present. ALLEN gave a statement, but after questioning refused to sign his sworn testimony and invoked his rights to a lawyer.

5.      Prince Lee Allen stated that he works for A&E Transportation and had been assigned this tractor for the last two weeks. Allen stated that after picking up his load, he drove to the Pilot Truck Stop. Allen Stated that he went into the Pilot to take a shower but the line was too long. He then left the Pilot to deliver his load to California. Allen stated he did not know about the Illegal Aliens until he was arrested.

6.      Artemio Garcia-Sanchez is being held as a material witness

7.      Artemio Garcia-Sanchez (Mat-Wit) stated his family made arrangements in Durango, Durango, Mexico to be smuggled into the United States. Garcia-Sanchez stated that his family was to pay $3,000 to cross the river (Rio Grande) and the checkpoint. Garcia-Sanchez stated that his final destination was Phoenix, AZ. Garcia-Sanchez stated that after illegally crossing the river (Rio Grande) into the United States, he was picked up by a black small car and taken to a trailer. After a day and a half, an unknown man driving the same black small car picked him up from the house and dropped him off at a gas station. Garcia-Sanchez stated the driver of the black small car told him to get into the black tractor. Garcia-Sanchez stated that he never saw the driver of the tractor and was unable to identify him.

8.      Francisco Javier Nunez-Rivas is being held as a material witness.

9.      Francisco Javier Nunez-Rivas stated that his cousin in Mexico made all the arrangements and was going to pay $3,000 to be smuggled into the United States. Nunez-Rivas stated that his final destination was Colorado. Nunez-Rivas stated he was told where to go in Nuevo Laredo, Mexico where he illegally crossed the Rio Grande River into the United States. Nunez-Rivas stated he was picked up by a truck and driven to a trailer. He stayed there for about 2 days until he was picked up by a Ford pickup. Nunez-Rivas stated that he was driven to a street near a gas station where a tractor was waiting for him. Nunez-Rivas stated that the driver of the Ford pickup told him to get inside the tractor and to hide in the

closet behind the driver seat. Nunez-Rivas stated that he never saw the driver of the tractor and was unable to identify him. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 8/21/2019 at Laredo, TX.

Tomas Carrillo Jr.
Border Patrol Agent
United States Border Patrol

    Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on             at             .

Diana Song Quiroga
United States Magistrate Judge